FILED
2007 Mar-29 PM 02:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AT&T CORP., } | |
| } | |
| Plaintiff, } | |
| } | CIVIL ACTION NO. |
| v. } | 07-AR-0058-S |
| } | |
| PMG MORTGAGE CORPORATION, } | |
| } | |
| Defendant. } | |

**MEMORANDUM OPINION**

The motion for default judgment filed on March 8, 2007, by plaintiff, AT&T Corp., was set for hearing on this court's regular motion docket on March 23, 2007. Defendant, PMG Mortgage Corporation, although notified, did not appear. Plaintiff appeared by counsel and was informed by the court that under the circumstances outlined in its motion, it is entitled to receive from the defendant the amount of $17,466.13, which appears to be liquidated, but that evidentiary and legal support must be offered **by 4:30 p.m., March 28, 2007,** before plaintiff would be entitled to pre-judgment interest and/or reasonable attorney's fees. No such evidence or argument was timely filed.

By defaulting, defendant has conceded the material averments of the complaint, including its obligation to pay $17,466.13 under a tariff filed with the Federal Communications Commission, and over which this court has jurisdiction pursuant to 28 U.S.C. §§1331 and 1337(a). In other words, the court finds the facts to

be as alleged in the complaint, and from those facts finds that default judgment in the amount of $17,466.13 should be entered.

A separate judgment in accordance with this opinion will be entered.

DONE this 29th day of March, 2007.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE